MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 07287
HUNTER S. DAVIDSON, ESQ.
Nevada Bar No. 14860
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
hdavidson@klnevada.com

*Attorneys for Defendant,*
*CENLAR FSB (erroneously sued as "Cenlar Agency, Inc.")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JEFFREY R. LEGRECA,<br><br>Plaintiff,<br><br>vs.<br><br>CENLAR AGENCY, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | CASE NO. 2:19-cv-00200-RBF-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

**STIPULATION TO EXTEND DEADLINE TO FILE**
**RESPONSIVE PLEADING TO COMPLAINT**

Defendant Cenlar FSB ("Cenlar"), by and through its counsel record, Michael R. Brooks, Esq. and Hunter S. Davidson, Esq. of the law firm Kolesar & Leatham and Plaintiff Jeffrey R. Legrega ("Plaintiff"), by and through his counsel of record, Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of the law firm Cogburn Law Offices, hereby stipulate as follows:

WHEREAS, on February 1, 2019, Plaintiff filed a Complaint (the "Complaint") against, among other parties, Cenlar;

WHEREAS, the deadline to submit a Motion or Answer to the Complaint is due February 27, 2019, or twenty one (21) days after the date of service, February 6, 2019.

WHEREAS, the Parties have agreed to an extension of time for Cenlar to file a responsive pleading to allow for additional time to gather background information regarding the allegation in the Complaint;

**IT IS THEREFORE STIPULATED AND AGREED** that Cenlar shall have through and including March 29, 2019 to file a responsive pleading to the Complaint;

**IT IS SO STIPULATEED.**

DATED this 27th day of February, 2019.

| **Cogburn Law Offices** | **Kolesar & Leatham** |
|---|---|
| By */s/ Erik W. Fox*<br>Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br><br>*Attorneys for Plaintiff,*<br>*Jeffrey R. Legreca* | By */s/ Michael R. Brooks, Esq.*<br>Michael R. Brooks, Esq.<br>Nevada Bar No. 07287<br>Hunter S. Davidson, Esq.<br>Nevada Bar No. 14860<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Defendant,*<br>*CENLAR FSB (erroneously sued as "Cenlar Agency, Inc.")* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-27-2019